1

2

3                      UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
4                              AT SEATTLE

5

6    ARTIS WARREN WIXX,
                                              Case No. 2:15-cv-01602-RSL-KLS
7                            Plaintiff,
                                              ORDER REVERSING DEFENDANT'S
8        v.                                   DECISION TO DENY BENEFITS AND
                                              REMANDING FOR FURTHER
9    CAROLYN W. COLVIN, Acting                ADMINISTRATIVE PROCEEDINGS
     Commissioner of Social Security,
10
                             Defendant.
11

12

13        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

14   Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and

15   recommendation, if any, and the remaining record, does hereby find and ORDER:

16       (1)   the Court adopts the Report and Recommendation;

17
         (2)   the ALJ erred in her decision as described in the Report and Recommendation; and
18
         (3)   the matter is therefore REVERSED and remanded to the Commissioner for further
19
               administrative proceedings.
20

21   DATED this 24th day of May, 2016.

22

23

24                                              _____
                                                Robert S. Lasnik
25                                              United States District Judge

26

ORDER - 1